## STATEMENT OF FACTS

On Wednesday, June 5, 2019 at approximately 9:00 a.m., members of the Metropolitan Police Department's (MPD) Seventh District Crime Suppression Team (CST) conducted a traffic stop on a silver in color Audi sedan bearing Virginia tag USF4221, with extremely dark windshield tint traveling in the 2500 block of Alabama Avenue Southeast in Washington, D.C. The vehicle was being driven by the sole occupant Reginald Hopps (Defendant Hopps). Defendant Hopps was informed of the purpose of the traffic stop, which was to address the window tint violation.

Officer Seward was speaking with Defendant Hopps throughout the traffic stop and asked Defendant Hopps to turn off the vehicle and remove the keys from the ignition, which he did. Officer Seward asked Defendant Hopps to exit the vehicle. Defendant Hopps attempted to return the keys to the ignition and placed his foot on the brake, as if to start the car and flee from officers. Officer Jarvie was able to obtain the keys from Defendant Hopps. Defendant Hopps was assisted out of the vehicle by Officer Seward. Officer Jarvie then observed the magazine plate of a firearm underneath the driver's seat in a partially open compartment. Defendant Hopps was placed under arrest.

The firearm was recovered and determined to be a Glock 30 .45 caliber handgun with a serial number of BCLR170, loaded with one (1) round in the chamber and twelve (12) rounds in a thirteen (13) round capacity magazine.

Defendant Hopps has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Hopps through the National Crime Information Center confirmed that the defendant had prior felony convictions in the Superior Court for the District of Columbia, Criminal Case No. 2016-CF2-016562 and 2015-CF2-016940. There are no firearms manufactured in the District of Columbia.

_____
OFFICER JOSHUA JARVIE
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE